IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ALFONSO GUADIANA**                                                                                            **PLAINTIFF**

v.                                                   CIVIL ACTION NO. 1:23-cv-00324-TBM-RPM

**TATE REEVES,** *et al*.                                                                                    **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED**, this the 28th day of March, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE